No. 677, Misc. BANNISTER ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 700, Misc. DIAMOND *v.* ATTORNEY GENERAL OF THE UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for respondent.

No. 742, Misc. GAMBLE *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied. *William H. Seals* for petitioner. *Daniel R. McLeod,* Attorney General of South Carolina, and *Everett N. Brandon* and *Emmet H. Clair,* Assistant Attorneys General, for respondent.

No. 775, Misc. CEDILLO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 777, Misc. NAEGLE ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Acting Assistant Attorney General Pugh* and *Gilbert E. Andrews* for respondent.

No. 795, Misc. COOK *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 808, Misc. GAINES *v.* OHIO ET AL. Sup. Ct. Ohio. Certiorari denied.